**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daren James Albanese | CHAPTER 7 |
|        Catherine Yvonne Albanese | |
|                      Debtors | BKY. NO. 16-15059 DJA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, N.A., as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities 2006-SD3, Asset-Backed Certificates, Series 2006-SD3, and index same on the master mailing list.

Re: Loan # Ending In: 8952

                                                  Respectfully submitted,

                                                  **/s/Joshua I. Goldman, Esquire**
                                                  Joshua I. Goldman, Esquire
                                                  Thomas Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406