# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| DAREN JAMES ALBANESE and | ) Case No. 16-15059-ref |
| CATHERINE YVONNE ALBANESE, | ) |
| Debtor(s) | ) BANKRUPTCY JUDGE |
| | ) RICHARD E FEHLING |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (JCP credit card [Last four digit of account:6112]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Telephone: (305) 379-7674
Facsimile: (305) 374-8113
E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 31, 2016

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems Corporation
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: JCP credit card [Last four digit of account:6112]