Certificate Number: 01721-PAE-DE-028178574

Bankruptcy Case Number: 16-15059



01721-PAE-DE-028178574

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2016, at 12:05 o'clock PM EDT, Catherine Y Albanese completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 8, 2016              By:    /s/Noelle Irving

                                     Name:  Noelle Irving

                                     Title: Counselor