Certificate Number: 01721-PAE-DE-028178573

Bankruptcy Case Number: 16-15059



01721-PAE-DE-028178573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2016</u>, at <u>12:05</u> o'clock <u>PM EDT</u>, <u>Daren Albanese</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 8, 2016</u>          By:    <u>/s/Noelle Irving</u>

                                       Name:  <u>Noelle Irving</u>

                                       Title: <u>Counselor</u>