United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15059-ref
Daren James Albanese                                                Chapter 7
Catherine Yvonne Albanese
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 3              Date Rcvd: Nov 04, 2016
                              Form ID: 318             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
```
db/jdb         Daren James Albanese,    Catherine Yvonne Albanese,    2147 Terry Road,
                Nazareth, PA 18064-8767
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13761107      +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13761101       Above & Beyond Inc.,    514 N 22nd St,    Allentown, PA 18104-4306
13761102       Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
13761103       Alexandria Manor,    7 S New St,    Nazareth, PA 18064-2225
13761104       American Coradius International LLC,    PO Box 505,    Linden, MI 48451-0505
13761106      +Apothaker & Associates LLC,    520 Fellowship Road,    Mt. Laurel, NJ 08054-3410
13761108      +Asset Recovery Solutions LLC,    2200 East Devon Ave., Ste 200,    Des Plaines, IL 60018-4501
13761109       Autovest, LLC,    PO Box 2247,    Southfield, MI 48037-2247
13761116       #CBE Group,    P.O. Box 2594,    Waterloo, IA 50704-2594
13761118       CHS Professional Practice P.C,    PO Box 826348,    Philadelphia, PA 19182-6348
13761121      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd,
                Southfield, MI 48034-1846)
13761113       Capital Auto Parts,    1 Capital Blvd,    East Bangor, PA 18013-2137
13761117       Charles Grubb D O Pc,    39 Roseberry St,    Phillipsburg, NJ 08865-1627
13761119       Citibank - Home Depot,    PO Box 461210,    Bedford Heights, OH 44146-7020
13761120       Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
13761126       Financial Recovery,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13761127       Frederic I. Weinberg, Esq.,    1001 E Hector St Ste 220,    Conshohocken, PA 19428-2395
13761128      +Gracedale,    2 Gracedale Ave,    Nazareth, PA 18064-8895
13761129      +Graig Schultz, Esq.,    Gross McGinley LLP,    33 S 7th St,    Allentown, PA 18101-2418
13761130       Howard Goldstein, CPA,    PO Box 745,    Tannersville, PA 18372-0745
13761132      +J.C. Christensen & Associates,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
13761133      +Jack T. Zilfou, J.D.,    609 W Hamilton St,    Allentown, PA 18101-2126
13761135      +LVNV Funding LLC,    625 Pilot Road, Suite 3,    Las Vegas, NV 89119-4485
13761134       Law Offices of Joel Cardis LLC,    2006 Swede Rd Ste 100,    East Norriton, PA 19401-1787
13761136       Merchants Bank,    1250 Braden St,    Easton, PA 18040-7979
13761137       Michael Harrison, Esq.,    3155 NJ-10,    Denville, NJ 07834
13761138       Midland Funding,    2365 Northside Dr,    San Diego, CA 92108-2709
13761139      +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
13761140      +Northwood Surgery Center,    3729 Easton Nazareth Hwy # 3,    Easton, PA 18045-8339
13761144       PP&L Electric Utilities,    P.O. Box 25239,    Lehigh Valley, PA 18002-5239
13761146       Recmgmt Srvc,    240 Emery St,    Bethlehem, PA 18015-1980
13761147       Searocks Lawn Care,    534 Bauer Rd,    Bath, PA 18014-8829
13761148       Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
13761149       Select Portfolio Svcin,    PO Box 65250,    Salt Lake City, UT 84165-0250
13761150      +St. Lukes Emergency Physician Specialist,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13761151       St. Lukes Hospital - Anderson Campus,    1872 Riverside Cr. Freemansburg Ave.,
                Easton, PA 18045-0000
13761152       St. Lukes Hospital Riverside,    1700 St Lukes Blvd,    Easton, PA 18045-5670
13761153       Summit Urology,    224 Roseberry St # 2,    Phillipsburg, NJ 08865-1687
13761155       The Company Store,    500 Company Store Rd,    La Crosse, WI 54601-4400
13761158       Verizon Wireless,    Minneapolis, MN 55426
13761159       Waste Management,    P.O. Box 13577,    Philadelphia, PA 19101-3577
13761160       Wells Fargo Bank N.A.,    P.O. Box 95834,    Sacramento, CA 95834-0000
13761161       Winegar, Wilhelm, Glynn & Roemersma,    PO Box 800,    Phillipsburg, NJ 08865-0800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Nov 05 2016 01:57:27     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:17
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13761105       E-mail/Text: ebn@americollect.com Nov 05 2016 01:57:26     Americollect Inc,    PO Box 1566,
                Manitowoc, WI 54221-1566
13761100       E-mail/Text: seinhorn@ars-llc.biz Nov 05 2016 01:58:05     Ability Recovery Servi,
                PO Box 4031,    Wyoming, PA 18644-0031
13761110       EDI: BANKAMER.COM Nov 05 2016 01:38:00     Bank Of America,    P.O. Box 15222,
                Wilmington, DE 19886-5222
13761111       E-mail/Text: banko@berkscredit.com Nov 05 2016 01:56:44     Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
13761112      +E-mail/Text: banko@berkscredit.com Nov 05 2016 01:56:44     Berks Credit & Collection,
                900 Corporate Drive,    Reading, PA 19605-3340
```

```
District/off: 0313-4          User: admin              Page 2 of 3                   Date Rcvd: Nov 04, 2016
                              Form ID: 318             Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13761113      E-mail/Text: ellisw@capitolautoparts.com Nov 05 2016 01:58:14     Capital Auto Parts,
              1 Capital Blvd,    East Bangor, PA 18013-2137
13761114      EDI: CAPITALONE.COM Nov 05 2016 01:38:00      Capital One Bank (USA) N.A.,    P.O. Box 71083,
              Charlotte, NC  28272-1083
13761115     +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:31     Cavalry SPV LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13761122      EDI: CCS.COM Nov 05 2016 01:38:00      Credit Collections Services,    725 Canton St,
              Norwood, MA  02062-2679
13761123      EDI: RCSFNBMARIN.COM Nov 05 2016 01:38:00      Credit One Bank N.A.,    PO Box 740237,
              Atlanta, GA  30374-0237
13761125     +EDI: BANKAMER.COM Nov 05 2016 01:38:00      FIA Card Services,    P.O. Box 15019,
              Wilmington, DE 19850-5019
13761131      EDI: IRS.COM Nov 05 2016 01:38:00      Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA  19101-7346
13761143      EDI: PRA.COM Nov 05 2016 01:38:00      Portfolio Recovery Associates,    P.O. Box 12914,
              Norfolk, VA  23541-0000
13761141     +E-mail/Text: ebn@vativrecovery.com Nov 05 2016 01:56:44     Palisades Collection,
              210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
13761142     +EDI: PRA.COM Nov 05 2016 01:38:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
13769262      EDI: RECOVERYCORP.COM Nov 05 2016 01:38:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13761156     +E-mail/Text: bankruptcydepartment@tsico.com Nov 05 2016 01:58:04     Transworld Systems Inc.,
              507 Prudential Road,    Horsham, PA 19044-2308
13761157      EDI: VERIZONEAST.COM Nov 05 2016 01:38:00      Verizon,    500 Technology Dr Ste 500,
              Weldon Spring, MO  63304-2225
13761162      EDI: WFNNB.COM Nov 05 2016 01:38:00      World Financial Network Bank,    3100 Easton Square Pl,
              Columbus, OH  43219-6232
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13761124      ##Edwin A. Abrahamsen & Associates,    120 North Keyser Ave,    Scranton, PA  18504-9701
13761145      ##+Progressive Physician Associates,    P.O. Box 4338,    Columbus, GA 31914-0338
13761154      ##The Brachfeld Law Group PC,    PO Box 1209,    Oaks, PA  19456-1209
                                                                                              TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan Chase Bank, N.A., as trustee on behalf of the registered holders of Bear Stearns Asset
               Backed Securities 2006-SD3, Asset-Backed Certificates, bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com

```
District/off: 0313-4          User: admin              Page 3 of 3              Date Rcvd: Nov 04, 2016
                              Form ID: 318             Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PATRICK J. BEST    on behalf of Debtor Daren James Albanese patrick@armlawyers.com,
         kevin@armlawyers.com;G29239@notify.cincompass.com
        PATRICK J. BEST    on behalf of Joint Debtor Catherine Yvonne Albanese patrick@armlawyers.com,
         kevin@armlawyers.com;G29239@notify.cincompass.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                          TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daren James Albanese** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1889** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Catherine Yvonne Albanese** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3980** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–15059–ref** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daren James Albanese                    Catherine Yvonne Albanese

11/3/16                    **By the court:**  Richard E. Fehling
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2